# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. 18-CR-30062-01-MJR |
| DAZHAI BRUMFIELD, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER
## ADOPTING REPORT & RECOMMENDATION AND
## ACCEPTING DEFENDANT BRUMFIELD's GUILTY PLEA

REAGAN, Chief Judge:

On November 16, 2018, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of the parties and following a thorough in-person colloquy, Defendant Brumfield entered a guilty plea to Counts 1 through 4 of the superseding indictment -- charging violations of 18 U.S.C. 1951.

By Report and Recommendation docketed November 16, 2018 (Doc. 57), Magistrate Judge Wilkerson recommends that the undersigned District Judge accept Defendant Brumfield's guilty plea, find Defendant Brumfield guilty of the offenses to which he knowingly and voluntarily pled guilty, direct the United States Probation Office to prepare a presentence investigation report, and schedule sentencing herein.

The parties were given an opportunity to object to the Report and Recommendation. That deadline elapsed without any party filing objections or seeking additional time in which to do so.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 57), **ACCEPTS** Defendant Brumfield's guilty plea, and **ADJUDGES** him guilty of the offenses to which he pled guilty. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.

**SENTENCING** for Defendant Brumfield will proceed before the undersigned at **9:00 a.m. on March 1, 2019.** (Co-Defendant Fields' sentencing hearing remains set on January 11, 2019.)

IT IS SO ORDERED.

DATED December 4, 2018.

*s/ Michael J. Reagan*
MICHAEL J. REAGAN
United States District Court